**Order entered January 27, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01397-CV

### COREY STEELE, Appellant

### V.

### UG NATIONAL, ET AL., Appellees

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-07861

## ORDER

Before the Court is appellant's original motion for directed verdict, indigence, special exceptions, and criminal indictment. The motion complains of the trial court's alleged refusal to rule on certain matters during a hearing on appellees' contest to appellant's statement of inability to pay and the court's ruling sustaining the contest.

We construe appellant's motion as a motion for review of the trial court's order on indigency. *See* TEX. R. CIV. P. 145(g). Accordingly, we **ORDER** Dallas County District Clerk Felicia Pitre to file a clerk's record containing copies of all filings concerning appellant's claim of indigence. We further **ORDER** Antoinette Reagor, Official Court Reporter for the 68th Judicial District Court, to file the reporter's record of all trial court proceedings on appellant's

claim of indigence.  The clerk's and reporter's record shall be filed without payment of costs and no later than February 6, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre, Ms. Reagor, and the parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE